# EXHIBIT 2

## IP ADDRESSES

| | |
|---:|:---|
| File Name: | Septembers.of.Shiraz.2015.720p.WEB-DL.850MB.MkvCage.mkv |
| File Hash: | SHA1: 09C3C058FBADDF18F1C753A45C03DE90F68A2AEC |
| ISP: | Comcast |

| No | IP | Port | Hit Date UTC | City | County |
|---|---|---|---|---|---|
| 1 | 73.183.216.99 | 32966 | 8/30/2016 13:54 | Houston | Harris |
| 2 | 73.6.94.180 | 53639 | 8/12/2016 2:11 | Richmond | Fort Bend |
| 3 | 98.197.158.245 | 35763 | 7/22/2016 9:25 | Lake Jackson | Brazoria |
| 4 | 76.31.18.233 | 33208 | 7/5/2016 3:41 | Houston | Harris |
| 5 | 73.232.147.234 | 50321 | 7/2/2016 20:34 | Richmond | Fort Bend |
| 6 | 98.199.75.167 | 55334 | 7/2/2016 1:23 | Sugar Land | Fort Bend |
| 7 | 98.194.156.179 | 49884 | 7/1/2016 8:36 | Houston | Harris |
| 8 | 76.31.87.86 | 42283 | 6/30/2016 4:10 | Houston | Harris |
| 9 | 98.197.141.122 | 49723 | 6/29/2016 1:06 | Houston | Harris |
| 10 | 98.194.8.66 | 35280 | 6/26/2016 7:51 | Spring | Harris |
| 11 | 98.195.31.180 | 61022 | 6/25/2016 13:49 | Spring | Harris |
| 12 | 73.206.234.7 | 50322 | 6/25/2016 13:39 | Humble | Harris |
| 13 | 98.195.40.41 | 52343 | 6/24/2016 22:39 | Houston | Harris |
| 14 | 73.76.55.49 | 43002 | 6/24/2016 22:24 | Cypress | Harris |
| 15 | 98.195.62.244 | 10254 | 6/24/2016 17:58 | Houston | Harris |
| 16 | 76.31.16.194 | 58426 | 6/24/2016 17:17 | Houston | Harris |