United States District Court
Southern District of Texas
**ENTERED**
October 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| September Productions, Inc., § § § *Plaintiff,* § § v. § § Does 1–16, anonymous BitTorrent users § participating in file-sharing swarm § identified by hash ending in 2AEC, § § *Defendants.* § § | Case No.   4:16-cv-02784 Jury |

## ORDER

### RE PLAINTIFF'S, SEPTEMBER PRODUCTIONS, INC.'S, *EX PARTE* MOTION TO EXTEND DATES TO SERVE DOES AND FOR THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE

THIS CAUSE came before the Court upon plaintiff's *ex parte* motion [Dkt. 9] to extend the date for naming and serving the defendants in the cause and to extend the date for the Initial Pretrial and Scheduling Conference.

The Court being duly advised hereby FINDS, ORDERS AND ADJUDGES as follows:

Plaintiff has established good cause to extend the date for serving the defendants and for extending the date for the Initial Pretrial and Scheduling Conference.

Plaintiff shall serve defendants in this cause on or before January 27, 2017.

Counsel shall appear for an initial pretrial and scheduling conference on _____.

All other matters in the Court's September 15, 2016 Order for Conference and Disclosure of Interested Parties [Dkt. 4] shall remain in effect.

DONE AND ORDERED this __6__ day of __Oct_____, 2016.

By _____